**DISMISS; Opinion Filed March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00676-CV

**CASSANDRA RODRIQUEZ, Appellant**

V.

**FRAND CONTRERAS, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-8045-U**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated May 21, 2012, the Court informed appellant that the required $175 filing fee was past due and instructed her to pay the fee within ten days. The Court cautioned appellant that failure to pay the fee within the time specified would result in dismissal of her appeal without further notice.

As of today's date, appellant has not paid the filing fee. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120676F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CASSANDRA RODRIQUEZ, Appellant

No. 05-12-00676-CV          V.

FRANK CONTRERAS, Appellee

On Appeal from the 302nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. 08-8045-U.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, FRANK CONTRERAS, recover his costs of this appeal from appellant, CASSANDRA RODRIQUEZ.

Judgment entered March 7, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE